[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 379.]

THE STATE EX REL. ASARCO, INC., APPELLEE AND CROSS-APPELLANT, *v.*
INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLANTS AND CROSS-
APPELLEES.

[Cite as *State ex rel. Asarco, Inc. v. Indus. Comm.*, 2001-Ohio-68.]

*Workers' compensation—Court of appeals' judgment reversed and Industrial Commission's order reinstated.*

(No. 00-1252—Submitted February 27, 2001—Decided April 25, 2001.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Franklin County, No. 99AP-1247.

————————————

{¶ 1} The judgment of the court of appeals is reversed and the order of the Industrial Commission is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Schottenstein, Zox & Dunn, CO., L.P.A.,* and *Patrick A. Devine*, for appellee and cross-appellant.

*Betty D. Montgomery*, Attorney General, and *Jacob Dobres*, Assistant Attorney General, for appellant and cross-appellee Industrial Commission of Ohio.

*Philip J. Fulton & Associates* and *William A. Thorman III,* for appellant and cross-appellee Kenneth A. Poland.

————————————